# EXHIBIT A

IN THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS
CIVIL DIVISION

KAREN HONOLD                                                                       PLAINTIFF

VS.                              CASE No. DCV-21- 266

DOLLAR GENERAL CORPORATION
AND DOLGENCORP, LLC D/B/A
DOLLAR GENERAL                                                                   DEFENDANTS

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT: Dollar General Corporation d/b/a Dollar General Registered Agent CORPORATION SERVICE COMPANY 2908 Poston Avenue, Nashville, TN 37203**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: D. Scott Hickam, Attorney at Law, 211 Hobson Avenue, Suite C, Hot Springs, Arkansas, 71913.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

Address of Clerk's Office:
Garland County Courthouse
501 Ouachita Avenue, Room 207
Hot Springs, Arkansas 71901

JEANNIE PIKE,
CLERK OF COURT

_____
[Signature of Clerk or Deputy Clerk]



Arkansas Judiciary

**Case Title:** KAREN HONOLD V DOLLAR GENERAL CORP. DOLGENCORP

**Case Number:** 30CV-21-266

**Type:** SUMMONS - FILER PREPARED

So Ordered

*awalker*



Amanda Walker

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2021-Sep-16 10:05:29
30CV-21-266
C07D02 : 4 Pages

IN THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS
CIVIL DIVISION

KAREN HONOLD                                                                                      PLAINTIFF

VS.                                          CASE No.: CV-21-_____

DOLLAR GENERAL CORPORATION
AND DOLGENCORP, LLC D/B/A
DOLLAR GENERAL                                                                          DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Karen Honold, and for her Complaint against Dollar General Corporation and Dolgencorp, LLC, states and alleges:

### THE PARTIES

1. The Plaintiff, Karen Honold (Karen), is an adult individual citizen and resident of Hot Springs County, Arkansas and was so at the time the matter herein occurred.

2. The Defendant, Dollar General Corporation d/b/a Dollar General, is a Tennessee corporation headquartered in Goodlettsville, Tennessee and was so at the time the matter herein occurred. The Dollar General Corporation is not registered to do business in the state of Arkansas.

3. Dolgencorp, LLC d/b/a Dollar General is a Kentucky limited liability company headquartered in Goodlettsville, Tennessee and registered to do business in Arkansas and was so at the time of the matter herein occurred.

4. Upon information and belief, Dolgencorp, LLC is a wholly owned subsidiary of Dollar General Corp and they act as alter egos. They are jointly referred to as Dollar General and their actions and conduct herein are imputed to one another.

## JURISDICTION AND VENUE

5. Jurisdiction properly lies before this Court in accordance with Arkansas Code Annotated §16-13-201.

6. Venue properly lies before this Court in accordance with Arkansas Code Annotated §16-60-101 (a)(3)(A).

## FACTS

7. On or about the 29th day of September, 2018, Karen entered the Dollar General store operated by Dollar General and located at 9125 Stagecoach Rd in Little Rock, Arkansas for the purpose of purchasing products offered for sale to the public.

8. As Karen was shopping, she entered an aisle and slipped on a slick substance located on the floor next to a stocking cart causing her to fall and sustain multiple injuries, particularly her left knee eventually requiring surgery and knee replacement.

9. The substance on the floor was caused to be there by an employee of Dollar General and it had been on the floor for such duration that store personnel should have discovered it and removed it.

## CASUE OF ACTION
(Negligence)

10. Karen was a business invitee upon the Dollar General premises at the time of her injuries.

11. Dollar General owed Karen a duty to use ordinary care to maintain the premises in a reasonably safe condition.

12. The presence of the slick substance on the floor was the result of Dollar General and its employees' failure to use ordinary care.

13. Dollar General and its employees knew of the presence of the slick substances on the floor or the substance had been on the floor for such a length of time that Dollar General and its employees knew or reasonably should have known of its presence.

14. Dollar General and its employees failed to use ordinary care to remove it.

## DAMAGES

15. Karen has sustained the following damages proximately caused by Dollar General's negligence:

(a) A serious injury of significant extent and duration and permanency; and

(b) Reasonable expenses for necessary medical care, treatment, and services received and the value of such expenses reasonably certain to be required in the future; and

(c) Pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future; and

(d) The values of earnings lost and the present value of earnings reasonably certain to be lost in the future; and

(e) The present value of loss of ability to earn in the future; and

(f) Scars and the visible results of her injury.

## REQUEST FOR JURY TRIAL

16. Karen respectfully requests trial by jury.

WHEREFORE, the Plaintiff, Karen Honold, should have judgment against the defendants, Dollar General Corporation and Dolgencorp, LLC in a sum uncertain but in excess of $100,000.00, for her costs expended herein and all other relief unto which she is entitled.

Respectfully Submitted
KAREN HONOLD, PLAINTIFF

By: _____
D. SCOTT HICKAM #79086
Attorney at Law
211 Hobson, Suite C
Hot Springs, Arkansas 71913
(501) 624-4346 / Fax (501) 624-4859
Email: dscotthickamatty@gmail.com

$13.53
US POSTAGE
FIRST-CLASS
062S0000644469
71913

CERTIFIED MAIL

7017 1450 0000 7568 4898

D. Scott Hickam
211 Hobson Ave., Ste C
Hot Springs, AR 71913

Certified Mail 7017 1450 0000 7568 4898
Corporation Service Company
Registered Agent: Dollar General Corporation
2908 Poston Avenue
Nashville, TN 37203

37203-130999