IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KAREN HONOLD                                              PLAINTIFF

VS.                          CASE NO. 6:21-cv-06140-RTD

DOLLAR GENERAL CORPORATION and
DOLGENCORP, LLC d/b/a DOLLAR GENERAL            DEFENDANTS

DEPOSITION OF KAREN S. HONOLD

(Taken on March 1st, 2022)

APPEARANCES:

    On Behalf of the Plaintiff:
        MR. D. SCOTT HICKAM, Attorney at Law
        211 Hobson Avenue
        Suite C
        Hot Springs, Arkansas 71913


    On Behalf of the Defendants:
        MR. THOMAS G. WILLIAMS, Attorney at Law
                - and -
        MR. BYRON T. KEATON, Attorney at Law
        Quattlebaum, Grooms & Tull
        111 Center Street
        Suite 1900
        Little Rock, Arkansas 72201

**EXHIBIT A**

Page 1

Q. Where were you a member?

A. The Saline County Moose Lodge.

Q. All right. Your boys, where'd they go to high school?

A. Kylor went to Glenwood.

Q. Yeah.

A. That's where his dad lived. And Trevor lived with me and went to Cutter.

Q. Okay. Either of them play sports?

A. Well, Kylor has asthma, so they wouldn't really let him. Trevor loved golf, so --

Q. All right.

A. Trevor's a -- Trevor's an outdoorsman.

Q. All right. Okay. Let's go to your accident that occurred, I believe, on September 29th of 2018. Does that sound correct?

A. Yes, sir.

Q. That's my birthday.

A. Oh.

Q. You never know what's going on in the rest of the world on your birthday. Now I know one other thing that was going on.

If you would, I want you to tell me what happened, and I might stop you from time to time to ask you some details. Okay?

A. Okay.

Page 22

sure didn't want to hit the floor again.  So once I -- I scuffed my boot a couple or two or three times, and then I walked up the aisle to the front counter.

Q.   So, if I understand you correctly, you were having difficulty getting up off the floor because your boot was sliding, correct?

A.   Yes, sir.

Q.   And so you kept scuffing it on the floor, correct, to try to get your footing?

A.   Whatever was on this floor that caused me to slip was, like, a residue on the bottom of my boot.

Q.   Okay.  Whatever it was, you were scuffing your foot on the floor to try to get your footing to get up from the floor, correct?

A.   Yes, sir.

Q.   And then you eventually got it to the point where you could get your footing and get up, correct?

A.   Yes, sir.

Q.   Once you got up, you said that you continued?

A.   I still felt unsure.  I mean, it was still -- because I even picked my foot up -- if we had the video, I even picked my foot up and asked Linda could she see anything on it, because I felt like it was still slick.

Q.   Okay.

A.   So once I got out of that mess and got to a spot on the

Page 46

limped to the front, because my hip was killing me.  My foot hurt pretty bad.  My knee was kind of a little -- was all jacked up feeling, bruised, more than anything, all over.

Q.    Your left knee?  Your left knee?

A.    Yes, sir.

Q.    Do you know what was on the floor?

A.    No, sir.

Q.    Whatever it was, do you know how it got there?

A.    No, sir.

Q.    Whatever it was, do you know how long it had been there before you slipped in it?

A.    No, sir.

Q.    Do you know if anybody from Dollar General knew it was there before you slipped in it?

A.    No, sir.

Q.    You describe it as a residue.  Can you be more specific?  Like, what do you mean by "residue"?  There's -- there can be -- what do you mean by "residue"?

A.    It's hard to say, I mean, because I don't know what it was.  I just know that whenever I was getting up, there was -- and I got up off the floor -- I mean, literally, we didn't know that that was even there until we got me up off the floor and Linda said, Look at the floor.  And so -- but I felt like -- if you walk through -- if you walk through a greasy floor in a kitchen and you come out of it on the other side,

Page 48

## REPORTER'S CERTIFICATION OF CERTIFIED COPY

I, DONNA S. JACKS, LS No. 459, Certified Court Reporter in the State of Arkansas, certify that the foregoing pages, Pages 1 through 113, constitute a true and correct copy of the original deposition of KAREN S. HONOLD, taken on Tuesday, the 1st day of March, 2022.

I declare under penalty of perjury under the laws of the State of Arkansas that the foregoing is true and correct.

Dated this 12th day of March, 2022.

_____
Donna S. Jacks, CCR, LS No. 459, Notary
Public in and for Pulaski Co., Arkansas

My Commission expires:   April 15th, 2023.



**Bushman Reporting**
*A Veritext Company*
800-556-8974